UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIDETT TORRES MOLINA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | (Diversity) |
| SAM'S EAST, INC. | § | |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **Sam's East, Inc.** hereby removes to this Court the state court action described below.

1. On March 22, 2021, an action was commenced in the 103rd District Court of Cameron County, Texas, entitled, *Elidett Torres Molina vs. Sam's East, Inc.*, in Cause Number 2021-DCL-01701. A copy of the suit is *attached hereto as Exhibit A.*

2. The first date upon which Defendant Sam's East, Inc. received a copy of the said complaint was March 29, 2021, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation issued is *attached hereto as Exhibit B*. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   A) Plaintiff's Original Petition;
   B) Copy of Citation issued to Defendant Sam's East, Inc.;
   C) Docket Sheet – State Court;
   D) Defendant's Original Answer and Affirmative Defenses to Plaintiff's Original Petition and Requests for Disclosure;
   E) Defendant's Request for Jury Trial;
   F) Defendant's Certificate of Written Discovery; and
   G) Plaintiff's First Amended Original Petition.

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter a copy of which is *attached hereto as Exhibit C.*

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy

exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On March 29, 2021, Plaintiff served upon Defendant, Plaintiff's Original Petition, a copy of which *is attached hereto as Exhibit A*. In this Original Petition, Plaintiff plead that she is seeking monetary relief between $250,000 and $1,000,000. As such, the amount in controversy is in excess of $75,000.00, and removal is appropriate pursuant to 28. U.S. § 1441(b).

4. Defendant is informed and believes that Plaintiff was and still is a citizen of the State of Texas and resides in Cameron County.

5. Defendant Sam's East, Inc., was, at the time of the filing of this action, and still is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

6. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

9. Plaintiff and Defendant demanded a jury in the state court suit.

10. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, Brownsville Division.

**DATED: April 28, 2021**

Respectfully Submitted,

DAW & RAY, L.L.P.

*/s/ Jaime A. Drabek*
**JAIME A. DRABEK**
State Bar No. 06102410
Federal ID No. 8643
**RICARDO G. BENAVIDES**
State Bar No. 24031735
Federal ID No. 32205
3900 N. 10th St, Suite 950
McAllen, Texas 78501
Telephone: (956) 687-3121
Facsimile:  (956) 686-3188
Email: jdrabek@dawray.com
Email: rbenavides@dawray.com

**ATTORNEYS FOR DEFENDANT
SAM'S EAST, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by electronic mail on **April 28, 2021**, to-wit:

Michael J. Cisneros
Arturo Cisneros
**THE CISNEROS LAW FIRM, L.L.P.**
312 Lindberg Avenue
McAllen, Texas 78501
Telephone: (956) 682-1883
Facsimile: (956) 682-0132
Email: email@cisneroslawfirm.com

**ATTORNEYS FOR PLAINTIFF
ELIDETT TORRES MOLINA**

*/s/ Jaime A. Drabek*
Jaime A. Drabek

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | **AFFIDAVIT** |
| COUNTY OF HIDALGO | § | |

**BEFORE ME**, the undersigned authority, on this day personally appeared Ricardo G. Benavides of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by *Elidett Torres Molina*; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Ricardo G. Benavides, AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this 28th day of April, 2021.

ELIZABETH GARZA
Notary Public, State of Texas
Comm. Expires 05-29-2022
Notary ID 1036241-2

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS